# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | |
|---|---|
| Brian Merrill, Individually and as Trustee for North Dakota Workforce Safety & Insurance, ) ) ) ) | |
| Plaintiff, ) ) | **ORDER RE ADMISSION PRO HAC VICE** |
| vs. ) ) | |
| National Oilwell Varco, L.P., Environmental Materials Inc., Pinnacle Services, Inc., and Chimney Butte Environmental, LLC, ) ) ) ) | |
| Defendants. ) | Case No. 1:14-cv-059 |

Before the court are motions for attorneys Robert McGee Bowick, John Wesley Raley, III, and Bradford Turner Laney to appear *pro hac vice* on behalf of Defendant National Oilwell Varco, L.P. In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys Robert McGee Bowick, John Wesley Raley, III, and Bradford Turner Laney have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fees to the office of the Clerk. Accordingly, the motions (Docket Nos. 11,12, and 13 ) are **GRANTED**. Attorneys Robert McGee Bowick, John Wesley Raley, III, and Bradford Turner Laney are admitted to practice before this court in the above-entitled action on behalf of Defendant National Oilwell Varco, L.P.

**IT IS SO ORDERED.**

Dated this 8th day of July, 2014.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court