# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Brian Merrill, Individually and as Trustee for North Dakota Workforce Safety & Insurance, | ) ) ) ) | |
| Plaintiff, | ) ) | **ORDER RE ADMISSION PRO HAC VICE** |
| vs. | ) ) | |
| National Oilwell Varco, L.P., Environmental Materials, Inc., Pinnacle Services, Inc., and Chimney Butte Environmental, LLC, | ) ) ) ) ) | |
| | ) | Case No. 1:14-cv-059 |
| Defendants. | ) | |

Before the court is a motion for attorney Tanya E. Dugas to appear *pro hac vice* on behalf of Defendant National Oilwell, Varco, L.P. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Tanya E. Dugas has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. She has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 37) is **GRANTED**. Attorney Tanya E. Dugas is admitted to practice before this court in the above-entitled action on behalf of Defendant National Oilwell, Varco, L.P.

**IT IS SO ORDERED.**

Dated this 18th day of February, 2015.

                                              */s/ Charles S. Miller, Jr.*
                                              Charles S. Miller, Jr.
                                              United States Magistrate Judge