IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | |
|---|---|
| Brian Merrill, individually and as Trustee for North Dakota Workforce Safety & Insurance,<br><br>    Plaintiff,<br><br>vs.<br><br>National Oilwell Varco, L.P., et. al.,<br><br>    Defendants. | **ORDER FOR STATUS CONFERENCE**<br><br><br>Case No. 1:14-cv-059 |

   The court shall conduct a status conference with the parties by telephone on July 16, 2015, at 10:00 a.m. CDT to discuss, inter alia, revisions to the pretrial deadlines. Anyone wanting to participate in the conference call should call the following telephone number and enter the access code:

   Tel. No.: (877) 848-7030
   Access Code: 9768929

   **IT IS SO ORDERED.**

   Dated this 8th day of July, 2015.

                     */s/ Charles S. Miller, Jr.*
                     Charles S. Miller, Jr., Magistrate Judge
                     United States District Court