**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Brian Merrill, individually and as Trustee for North Dakota Workforce Safety & Insurance, | ) ) ) ) | |
| Plaintiff, | ) ) ) | **ORDER RE CONTINUANCE OF PRETRIAL DEADLINES, FINAL PRETRIAL CONFERENCE, AND TRIAL** |
| vs. | ) ) | |
| National Oilwell Varco, L.P., et. al., | ) ) | Case No. 1:14-cv-059 |
| Defendants. | ) | |

The court held a status conference with the parties by telephone on July 16, 2015. Pursuant to its discussions with the parties, the court amends the pretrial deadlines as follows:

1. The parties shall have until September 1, 2016, to complete fact discovery and to file discovery motions.

2. The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows:

    a. Plaintiff shall provide the names of expert witnesses and complete reports by July 1, 2016; and

    b. Defendants shall provide the names of expert witnesses and complete reports by August 15, 2016.

    (Treating physicians need not prepare reports, only qualifications, unless they will express opinions not reflected in the medical records.) (Reports to be served on other parties, but not filed with the court.)

3. The parties shall have until September 15, 2016, to complete discovery depositions

1

of expert witnesses.

4. The parties shall have until November 1, 2015, to move to join additional parties.

5. The parties shall have until November 1, 2015, to move to amend pleadings to add claims or defenses.

6. The parties shall have until November 1, 2015, to file other nondispositive motions (e.g., consolidation, bifurcation).

7. The parties shall have until November 1, 2015, to file threshold motions (e.g., jurisdiction, qualified immunity, statute of limitations). Discovery shall not be stayed during the pendency of such motions.

8. The parties shall have until October 1, 2016, to file other dispositive motions (summary judgment as to all or part of the case).

The trial set for May 2, 2016, shall be rescheduled for March 20, 2017, at 1:30 p.m. in Bismarck before Judge Hovland (courtroom #1). A ten (10) day trial is anticipated. The final pretrial conference set for April 19, 2016, before the undersigned shall be rescheduled for March 7, 2017, at 2:00 p.m. via telephone conference call. Participants to the conference call should dial the following number and enter the access code:

Tel. No. : (877) 848-7030        Access Code: 976892

**IT IS SO ORDERED.**

Dated this 16th day of July, 2015.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court