# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Brian Merrill, Individually and as Trustee for North Dakota Workforce Safety & Insurance, | ) ) ) ) | **ORDER** |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| National Oilwell Varco, L.P., et. al., | ) ) | Case No. 1:14-cv-059 |
| Defendants. | ) | |

The undersigned shall hold a status conference by telephone in the above-entitled action on February 22, 2016, at 10:30 a.m. CST. Everyone participating in the status conference should call the following telephone number and enter the access code:

Tel. No. (877) 848-7030
Access Code: 9768929

**IT IS SO ORDERED.**

Dated this 18th day of February, 2016.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court